58659943

FILED
2019 OCT 18 01:47 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 19-2-27646-1 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| KEVIN HANRAHAN, individually,<br><br>         Plaintiff,<br><br>   v.<br><br>KING COUNTY, and DEFENDANT DOES 1-10<br><br>         Defendants. | NO.<br><br>COMPLAINT FOR DAMAGES |

COMES NOW the above-named plaintiff, through ALLIANCE LAW GROUP and Nelson C. Fraley II as counsel, against the above-named defendant(s) alleging and claiming as follows:

## I.   **PARTIES**

1.1    Plaintiff Kevin Hanrahan is a resident of Snohomish County.

1.2    Defendant King County is a political subdivision of the State of Washington. Among other things, King County operates the King County Department of Adult and Juvenile Detention (KCDOAJD), which provides jail services for inmates confined in the King County Jail.

COMPLAINT FOR DAMAGES - 1 of 5

ALLIANCE LAW GROUP, P.S.
5316 Orchard Street West
University Place, WA 98467
253-581-0660

58659943

1.3     Defendant Does 1-10 are KCDOAJD employees who, at all times relevant hereto, were acting under color of law as employees and agents of King County, through their employment as jail workers for the KCDOAJD. Plaintiff is not yet aware of the identities of the individual KCDOAJD employees responsible for the classification and housing of inmate Hawthorne (#216016204), or the Shift Commander responsible for housing Hawthorne and Plaintiff.

## II.    VENUE AND JURISDICTION

2.1     This Court has both personal and subject matter jurisdiction and venue is properly in King County.

2.2     A claim for damages against King County was properly served and filed with the King County Clerk of the Council on August 15, 2019. More than 60 days have elapsed since the claim was filed and all other prerequisites to suit have been satisfied.

2.3     Mr. Hanrahan brings these claims under Washington law.

## III.   FACTS RELEVANT TO THIS CAUSE

3.1     On August 16, 2016, Plaintiff was attacked by his cellmate Hawthorne. Plaintiff was repeatedly and violently struck in the face and body by Hawthorne.

3.2     During the violent attack, Hawthorne struck Plaintiff with such force that Plaintiff required surgery to repair the injuries he sustained at the hands of the brutal attack by Hawthorne.

COMPLAINT FOR DAMAGES - 2 of 5

58659943

3.3     In the days following the attack Plaintiff was not permitted proper medical attention.  The first opportunity given to him to seek medical attention was two days following the attack.  Thus, he was not seen by a medical staff member until August 18, 2016.  No diagnostic images were taken despite obvious bruising and swelling around Plaintiff's neck, head and face.

3.4     Plaintiff filed a medical grievance on August 22, 2016 seeking additional medical care due to his continued difficulty in breathing.  An x-ray was finally taken on August 23, 2016.

3.5     Plaintiff was not told of the results of the x-ray until August 27, 2016.  The report indicated a normal x-ray in light of a fractured nose.

3.6     Plaintiff continued to complain to KCDOAJD staff of his injuries, symptoms and medical difficulties and on September 23, 2016 was transferred to Harborview Hospital to be seen by medical staff.

3.7     On September 23, 2016, Harborview staff noted that Plaintiff suffered "nasal trauma 6 wks ago".  Based upon medical observation, Plaintiff was determined to have "left worse than right nasal obstruction and a new concave deformity to his left nasal wall.  It was also noted that Plaintiff complained of frontal headaches "and new floaters in left eye since trauma".

3.8     Plaintiff was diagnosed with a nasal fracture as a result of "blow to face 6 wks ago".

3.9     Prior to the brutal events of August 16, 2016, Plaintiff brought his concerns of his cellmate to KCDOAJD on several occasions.  Despite the concerns, neither Plaintiff nor Hawthorne were separated from one another.

COMPLAINT FOR DAMAGES - 3 of 5

3.10   After the brutal attack, Plaintiff nor Hawthorne were separated from being on the same floor.  They were each housed on the same floor after the attack.  Plaintiff continued to raise concerns of his safety to KCDOAJD.

## IV.   CAUSES OF ACTION

4.1   Plaintiff realleges the allegations made in the preceding paragraphs and incorporates the same as if fully set forth herein.

4.2   Defendants, each of them, all as employees of King County working under color of law and during the scope of their employment, were negligent in their classification and housing of Hawthorne and Plaintiff.

4.3   Defendants were negligent is failing to follow their own procedures and policies and failed to reasonably protect Plaintiff from the foreseeable attack of a violent inmate.  King County is liable for the negligent acts and omissions of those employees and agents under vicarious liability principles.

4.4   King County has a special relationship with inmates, creating an affirmative duty to provide for inmate health, welfare, and safety.  This includes a duty to protect an inmate from injury by third parties.  Defendants acts and omissions and the acts and omissions of yet to be named Defendant Does, breached that duty and such breach was a direct and proximate cause of Plaintiff's damages.

4.5   Where a jail officer fails to take measure to protect a pretrial inmate from assaults by other inmates in light of substantial evidence that the inmate is at high risk and the inmate is injured by the officer's failures, the officer violates the inmates constitutional and due process rights.

COMPLAINT FOR DAMAGES - 4 of 5

ALLIANCE LAW GROUP, P.S.
5316 Orchard Street West
University Place, WA 98467
253-581-0660

58659943

## V.    **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests a judgment against Defendants and Defendant Does 1-10 as follows:

1.    General and special damages, including for pain and suffering, in an amount to be proven at trial;

2.    Reasonable attorney fees as available through all applicable laws;

3.    All applicable interest on the judgment; and

4.    Other and further relief as the Court deems just and proper.


Dated at University Place, Washington this 10th day of October, 2019.


ALLIANCE LAW GROUP, P.S.

By _____
NELSON C. FRALEY II, WSBA No. 26742
Attorney for Plaintiff, KEVIN HANRAHAN

COMPLAINT FOR DAMAGES - 5 of 5

ALLIANCE LAW GROUP, P.S.
5316 Orchard Street West
University Place, WA 98467
253-581-0660